**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

BHASKAR PAKALA,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services,

Defendants.

Civil Action No. 3:26-cv-12075-MAS

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff hereby gives notice that his claims against all Defendants are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Plaintiff withdraws his complaint (Dkt. 1) and his pending motion for preliminary injunction (Dkt. 7), currently noticed for November 16, 2026, as that motion is no longer necessary.

Dated: November 13, 2026

Respectfully submitted,

MURRAY OSORIO PLLC
By: */s/ Stephanie E. Gibbs*
STEPHANIE E. GIBBS
New Jersey Bar No. 047482013
50 Park Place, Mezzanine Level
Newark, New Jersey 07102
Telephone: (571) 455-1915
sgibbs@murrayosorio.com

**So Ordered this 16th day of November 2026**

[signature]
**Honorable Michael A. Shipp, U.S.D.J.**

BERRY APPLEMAN & LEIDEN LLP

JEFF ROBINS
New York Bar No. 4355244
2112 Pennsylvania Avenue, N.W., Suite 640
Washington, D.C. 20037
Telephone: (213) 998-6904
jerobins@bal.com
Pro hac vice admission pending

Attorneys for Plaintiff Bhaskar Pakala